UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Shelly Carter and <br> Rosemarie Cataldo, <br> *Plaintiffs,* <br><br> v. <br><br> City of Hartford, <br> *Defendant.* | ) <br> ) <br> ) Civil Action No. <br> ) 3:22-cv-00298-JAM <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order, dated March 27, 2025, the parties submit the following joints status report:

The Parties have complied with the Court's order regarding settlement demands and counteroffers. The Parties were not able to reach a resolution of the case.

On April 30, 2025, the Parties conducted a status conference with the Honorable Judge Vatti, pursuant to which the Parties will resume mediation of this matter on or about June 2, 2025.

| For Plaintiffs | For Plaintiffs | For Defendant |
|---|---|---|
| /s/ Ryan A. O'Neill <br> Ryan A. O'Neill, Esq. <br> Bar No. ct28345 <br> The Law Offices of Mark Sherman <br> 29 Fifth Street <br> Stamford, CT 06905 <br> (203) 358-4700 <br> ryan@markshermanlaw.com | /s/ Michaela M. Weaver <br> Michaela M. Weaver (PHV) <br> MA BBO 705985 <br> John T. Martin PHV), <br> MA BBO 676344 <br> Keches Law Group <br> 100 Front Street <br> Suite 2010 (20th Floor) <br> Worcester, MA 01608 <br> jmartin@kecheslaw.com <br> mweaver@kecheslaw.com | /By  /s/ Alexandria L. Voccio <br> Alexandria L. Voccio <br> ct21792 <br> Maccini Voccio & Jordan, LLC <br> 1090 Elm Street, Suite 200A <br> Rocky Hill, CT 06067 <br> Main: (860) 740-2535 <br> Direct: (860) 740-2536 <br> avoccio@mvjlawfirm.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date:  May 1, 2025          By:     /s/ Ryan A. O'Neill