UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Shelly Carter and <br> Rosemarie Cataldo, <br>     *Plaintiffs,* <br> <br> v. <br> <br> City of Hartford, <br>     *Defendant.* | Civil Action No. <br> 3:22-cv-00298-JAM |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE RE: PLAINTIFF SHELLY CARTER

The Plaintiff, SHELLY CARTER, and the Defendant, the CITY OF HARTFORD, hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the action as to the Defendant is and shall be voluntarily dismissed with prejudice, without fees and costs to any party, and the parties waive all rights to appeal.

Dated: SEPTEMBER 3, 2025

| *For the Plaintiff Shelly Carter* | *For the Defendant* |
|---|---|
| BY: /s/ Ryan A. O'Neill <br> Ryan A. O'Neill, Esq. <br> Bar No. ct28345 <br> The Law Offices of Mark Sherman <br> 29 Fifth Street <br> Stamford, CT 06905 <br> (203) 358-4700 <br> ryan@marksbermanlaw.com | BY: /s/    *Alexandria L. Voccio* <br> Alexandria L. Voccio <br> Bar No. ct21792 <br> Maccini Voccio & Jordan, LLC <br> 1090 Elm Street, Suite 200A <br> Rocky Hill, CT 06067 <br> Main: (860) 740-2535 <br> avoccio@mvjlawfirm.com |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on SEPTEMBER 3, 2025, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    /s/ Ryan O'Neill_____
Ryan O'Neill, Esq.

2